UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2016
JUNE 6, 2017 SESSION



FILED
JUN - 6 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 3:17-cr-00097
       8 U.S.C. § 1326(a)(2)
       8 U.S.C. § 1326(b)(1)

**DELVIN RODRIGUEZ-GONZALEZ**

## I N D I C T M E N T

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about January 22, 2009, defendant DELVIN RODRIGUEZ-GONZALEZ, an alien, was convicted in El Paso County District Court, El Paso County, Colorado of the felony offense of Second Degree Burglary, in violation of §18-4-203(1)(F4) C.R.S., and was subsequently removed from the United States on or about March 19, 2009.

2. On or about January 18, 2013, defendant DELVIN RODRIGUEZ-GONZALEZ, an alien, was found in Florence, Colorado, and was subsequently removed from the United States on or about February 18, 2013.

3. On or about May 7, 2017, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West

Virginia and elsewhere, defendant DELVIN RODRIGUEZ-GONZALEZ was subsequently found in the United States after having been convicted of a felony and removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a)(2) and (b)(1).

                                        CAROL A. CASTO
                                        United States Attorney

By: _____
      ERIK S. GOES
      Assistant United States Attorney